# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID WHITMORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-463-R |
| | ) | |
| JANET DOWLING, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On June 4, 2013, Judge Mitchell entered a Report and Recommendation recommending that Petitioner's motion for leave to proceed *in forma pauperis* be denied in light of Petitioner's financial resources. The record reflects Petitioner paid the filing fee on June 14, 2013, as recommended by the Report and Recommendation. Accordingly, the Report and Recommendation is hereby adopted and Petitioner's application to proceed *in forma pauperis* is DENIED.

IT IS SO ORDERED this 27th day of June, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE